Benjamin D. Andreozzi, Esq.
Arizona Bar No. 032636
Nathaniel L. Foote, Esq. (admitted pro hac vice)
Ashley Ventrillo, Esq. (admitted pro hac vice)
**ANDREOZZI + FOOTE**
4503 North Front Street
Harrisburg, PA 17110
(t) 717-525-9124
(f) 717-525-9143
TeamD@vca.law
*Attorneys for the Plaintiff I.G.*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| I.G.,<br><br>Plaintiff,<br><br>v.<br><br>MOTEL 6 OPERATING L.P., G6 HOSPITALITY LLC d/b/a MOTEL 6,<br><br>Defendants. | No. 2:25-cv-03836-JJT<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A STIPULATED PROTECTIVE ORDER** |

Plaintiff I.G. moves the Court to extend the deadline to file a stipulated protective order from November 13, 2026 to November 20, 2026. Defendants Motel 6 Operating L.P. and G6 Hospitality LLC do not oppose this Motion. This is the first request to extend this deadline.

1. This is a civil action under the Trafficking Victims Protection Reauthorization Act, 18 U.S.C. § 1595.
2. The Court directed the parties to file a proposed protective order by Friday, November 13, 2026.
3. Plaintiff's counsel circulated a draft stipulated protective order addressing the protections for Plaintiff. Defendants returned proposed edits. Counsel for the parties conferred on the proposed edits and could not reach an agreement before

the filing deadline.

4. The draft addresses sensitive categories of information. These provisions require careful review given that Plaintiff proceeds by her initials and alleges she was trafficked as a minor.
5. The parties need additional time to resolve any remaining differences and submit an agreed proposed order.
6. Good cause exists under Fed. R. Civ. P. 16(b)(4) and 6(b)(1)(A). The parties have acted diligently, the request is made before the deadline expires, and the extension will allow the parties to present a single agreed order rather than competing proposals.
7. The extension will not prejudice any party. It is sought in good faith and not for delay.
8. Plaintiff's counsel conferred with counsel for Defendants on November 13, 2026.
9. Defendants do not oppose the relief requested in this Motion.

Plaintiff requests that the Court extend the deadline to file the proposed stipulated protective order to November 20, 2026.A proposed order is lodged with this Motion.

Date: November 13, 2026.

Respectfully Submitted,

**ANDREOZZI + FOOTE**

*/s/Ashley Ventrillo*
Ashley Ventrillo, Esq.
(*Pro Hac Vice*)
Benjamin D. Andreozzi, Esq.
Arizona Bar No. 032636
Nathaniel L. Foote, Esq.
(*Pro Hac Vice*)
4503 North Front Street
Harrisburg, PA 17110
Ph: 717.525.9124 | Fax: 717.525.9143

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

I.G.,

Plaintiff,

v.

MOTEL 6 OPERATING L.P., G6 HOSPITALITY LLC d/b/a MOTEL 6,

Defendants.

No. 2:25-cv-03836-JJT

**[PROPOSED] ORDER**

The Court having reviewed Plaintiff's Motion For Extension Of Time To File A Stipulated Protective Order and good cause shown,

**IT IS ORDERED** that Plaintiff's Motion is GRANTED.

**IT IS SO ORDERED.**