UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| I.G.,<br><br>Plaintiff,<br><br>v.<br><br>MOTEL 6 OPERATING L.P., G6 HOSPITALITY LLC d/b/a MOTEL 6,<br><br>Defendants. | No. 2:25-cv-03836-JJT<br><br>**[PROPOSED] ORDER** |

The Court having reviewed Plaintiff's Motion to Proceed under Pseudonym and good cause shown,

**IT IS ORDERED** that Plaintiff's Motion is GRANTED.

**IT IS SO ORDERED.**