**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

I.G.,

Plaintiff,

v.

Motel 6 Operating LP, *et al.*,

Defendants.

No. CV-25-03836-PHX-JJT

**ORDER**

At issue is Plaintiff's Motion for Extension of Time to File a Stipulated Protective Order (Unopposed; First Request) (Doc. 38). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiff's Motion for Extension of Time to File a Stipulated Protective Order (Unopposed; First Request) (Doc. 38).

**IT IS FURTHER ORDERED** the parties shall file the Stipulated Protective Order no later than **November 20, 2026**.

Dated this 17th day of November, 2026.

Honorable John J. Tuchi
United States District Judge