**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| I.G.,<br>Plaintiff,<br>v.<br>Motel 6 Operating LP, *et al.*,<br>Defendants. | No. CV-25-03836-PHX-JJT<br>**ORDER** |

At issue is Plaintiff I.G.'s Motion to Proceed under Pseudonym (Doc. 39), as she has done from the outset of this litigation (Doc. 1, Compl. ¶ 6). For good cause shown,

**IT IS HEREBY ORDERED** granting Plaintiff I.G.'s Motion to Proceed under Pseudonym (Doc. 39). Plaintiff may proceed under her initials, "I.G.," at this stage of the litigation and until further Order of the Court.

Dated this 18th day of November, 2026.

Honorable John J. Tuchi
United States District Judge