UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

I.G.,

Plaintiff,

v.

MOTEL 6 OPERATING L.P., G6 HOSPITALITY LLC d/b/a MOTEL 6,

Defendants.

No. 2:25-cv-03836-JJT

**[PROPOSED] ORDER**

The Court having reviewed the Stipulated Protective Order and good cause shown,

**IT IS ORDERED** that the parties' Stipulated Protective Order is APPROVED and ENTERED as an order of the Court.

**IT IS SO ORDERED.**